# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

LIDIA CECILIA MONTANO-OCHOA,

           Defendant.

CASE NO. 12CR0933-H

**JUDGMENT OF DISMISSAL**

FILED
2012 APR -2 AM 8:19
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(iii) and (v)(II)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: March 29, 2012

                            William V. Gallo
                            U.S. Magistrate Judge